1

Michelle J. Shvarts (SBN 235300)

2

DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302

3

Encino, CA 91316

4

TEL:  (800) 935-3170
FAX: (800) 501-0272

5

mshvarts@dagaccess.com

6

Attorney for Plaintiff, JAIME AVILA, for Guardian Ad Litem of E.A., a minor

7

8

UNITED STATES DISTRICT COURT

9

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

JAIME AVILA, for Guardian                     )
Ad Litem of E.A., a minor                        )  Case No.:  2:15-cv-2114 FFM

13

 (SSN XXX-XX-6323),                            )

14

          Plaintiff,                                      )  [PROPOSED] ORDER RE JOINT
                                                             )  STIPULATION TO DISMISS CASE

15

      vs.                                                 )  PURSUANT TO F.R.C.P

16

                                                             )  41(a)(1)(A)(ii)

17

CAROLYN W. COLVIN,   Acting          )
Commissioner Of Social Security,            )

18

          Defendant.                                   )

19

20

        The above-captioned parties have stipulated to DISMISS all claims in this

21

action.  This entire action is therefore dismissed pursuant to Fed.R.Civ.P.

22

41(a)(1)(A)(ii).  Each party has agreed to bear its own attorney's fees and costs.

23

24

DATED:  September 30, 2015          /S/ FREDERICK F. MUMM

25

                                                   HON. FREDERICK F. MUMM
                                                   UNITED STATES MAGISTRATE JUDGE

26

27

28